# UNITED STATES DISTRICT COURT
## District of Minnesota

Abdoulwahab Mohamed Abdillahi,

Petitioner,

v.

Kristi Noem, Todd M. Lyons, David Easterwood, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1782 PAM/ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **DENIED**; and
2. This action is **DISMISSED**.

Date: 3/16/2026

KATE M. FOGARTY, CLERK